No. 289. CHICAGO, BURLINGTON & QUINCY RAILROAD CO. ET AL. *v.* UNITED STATES ET AL.

*Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *United States* v. *American Sheet & Tin Plate Co.,* 301 U. S. 402; *United States* v. *United States Smelting Co.,* 339 U. S. 186. MR. JUSTICE MINTON took no part in the consideration or decision of this case. *Harry E. Boe, Frank W. Sullivan, Warren H. Wagner* and *Eldon Martin* for appellants. *Solicitor General Perlman* and *Daniel W. Knowlton* for the United States and the Interstate Commerce Commission, appellees.

No. 10. UNITED STATES EX REL. GIESE *v.* CHAMBERLIN, COMMANDING GENERAL, ET AL.

Argued October 9, 1951. Decided October 15, 1951. *Per Curiam:* The judgment is affirmed by an equally divided Court. MR. JUSTICE MINTON took no part in the consideration or decision of this case. *Albert E. Hallett* argued the cause and filed a brief for petitioner. *John F. Davis* argued the cause for respondents. With him on the brief were *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg.*

No. 203. UNITED STATES *v.* PEARSON. Appeal from the United States District Court for the District of Columbia. The appeal is dismissed on motion of counsel for the appellant. *Solicitor General Perlman* for the United States.